IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIKA HENDERSON, KHALIL HAMMOND, DAVID THOMPSON, ANTOINE WALKER, MUWSA GREEN, TYRONE LEONARD, on their own behalf and on behalf of all others similarly situated<br><br>v.<br><br>LAUREL HARRY, Secretary of Corrections, GEORGE M. LITTLE, former Secretary of Corrections, MICHAEL WENEROWICZ, Executive Deputy Secretary for Institutional Operations, Pennsylvania Department of Corrections LUCAS MALISHCHAK, Deputy Secretary For Office of Reentry, Pennsylvania Department of Corrections and BRIAN SCHNEIDER, Director of Psychology, Pennsylvania Department of Corrections | CIVIL ACTION<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NO. 24-2290 |

## ORDER

**NOW**, this 8th day of January, 2025, upon consideration of Defendants' Motion to Transfer (Doc. No. 14) and the plaintiffs' response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is transferred to the United States District Court for the Middle District of Pennsylvania.

_____
TIMOTHY J. SAVAGE, J.